IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID SERRANO, | ) |
| | ) Civil Action No. 05 - 1118 |
| Plaintiff, | ) |
| v. | ) Judge Thomas M. Hardiman / |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| LOUIS FOLINO, Superintendent; THOMAS JACKSON, Deputy Superintendent; MS. DIANA MANSON, Health Care Administrator; DR. STAN FALOR, SCI Greene Medical Doctor; DR. JEFFREY A. BEARD, Secretary of the Department of Corrections; MS. SHARON BURKS, Chief Grievance Officer; DR. PAUL NOEL, Regional Medical Director; HARRY E. WILSON; LINDA D. HARRIS; ROBTERT TRETINIK; JOHN DOE I, Vice President of Health Care Services; JOHN DOE II, Correctional Officer, | ) |
| Defendants. | ) |

## ORDER

The Plaintiff in this case filed a Motion for Leave to Supplement Complaint (Doc. No. 7) on September 19, 2005. The Court granted the motion by Order of Court (Doc. No. 8) on September 28, 2005. Plaintiff, however, failed to name all of the Defendants in the caption of his Supplemental Complaint, although they are clearly listed in the caption of the Motion to Supplement. This is a clerical error on behalf of the Plaintiff that went unnoticed at the time of filing, but an error that is easily remedied. This order will provide that remedy and make sure the docket accurately reflects the caption of the case. Therefore,

**IT IS ORDERED** this 30th day of January, 2007, that the Clerk of Court is directed to amend the caption of this case to include Defendants Harry E. Wilson, Linda D. Harris and Robert Tretinik.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

LISA PUPO LENIHAN
United States Magistrate Judge

cc: David Serrano
EF 4816
SCI Fayette
PO Box 9999
LaBelle, PA 15450-0999

Counsel of record.