IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID SERRANO,<br><br>            Plaintiff,<br><br>v.<br><br>LOUIS FILINO, Superintendent; THOMAS JACKSON, Deputy Superintendent; MS. DIANA MANSON, Health Care Administrator; DR. STAN FALOR, SCI Greene Medical Doctor; DR. JEFFREY A. BEARD, Secretary of the Department of Corrections; MS. SHARON BURKS, Chief Grievance Officer; DR. PAUL NOEL, Regional Medical Director; JOHN DOE I, Vice President of Health Care Services; JOHN DOE II, Correctional Officer<br><br>            Defendants. | Civil Action No. 05 - 1118<br><br>Judge Thomas M. Hardiman /<br>Magistrate Judge Lisa Pupo Lenihan |

## ORDER

The above captioned case was filed on August 11, 2005, and was referred to Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judge's Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (doc. no. 49), filed on January 31, 2007, recommended that the Motion to Dismiss filed by Defendants Falor and Noel (doc. no.32) be denied and that the Motion to Dismiss filed by the Commonwealth Defendants (doc. no. 39) be granted as to Defendants Folino, Jackson, Beard and Burks and denied as to all other Defendants.

All parties were served and Plaintiff filed Objections to the Report and Recommendation on February 20, 2007 (doc. no. 52). After review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following order is entered:

AND NOW, this 23rd day of February, 2007;

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Defendants Falor and Noel (doc. no.32) is **DENIED** and that the Motion to Dismiss filed by the Commonwealth Defendants (doc. no. 39) is **GRANTED** as to **Defendants Folino, Jackson, Beard and Burks** and **DENIED** as to all other Defendants.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 49) of Magistrate Judge Lenihan, dated January 31, 2007, is adopted as the opinion of the court.

By the Court:

Thos M. Hardiman
Thomas M. Hardiman
United States District Judge

cc:   Lisa Pupo Lenihan
      United States Magistrate Judge

      David Serrano
      EF 4816
      S.C.I. Fayette
      P.O. Box 9999
      LaBelle, PA  15450-0999