IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID SERRANO, | ) |
| | ) Civil Action No. 05 - 1118 |
| Plaintiff, | ) |
| v. | ) Judge Thomas M. Hardiman / |
| | ) Magistrate Judge Lisa Pupo |
| LOUIS FOLINO, Superintendent; | ) Lenihan |
| THOMAS JACKSON, Deputy Superintendent; MS. DIANA MANSON, Health Care Administrator; DR. STAN FALOR, SCI Greene Medical Doctor; DR. JEFFREY A. BEARD, Secretary of the Department of Corrections; MS. SHARON BURKS, Chief Grievance Officer; DR. PAUL NOEL, Regional Medical Director; HARRY E. WILSON; LINDA D. HARRIS; ROBTERT TRETINIK; JOHN DOE I, Vice President of Health Care Services; JOHN DOE II, Correctional Officer, | ) |
| Defendants. | |

**ORDER**

The above captioned case was filed on August 11, 2005, and was referred to Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judge's Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (doc. no. 54), filed on February 21, 2007, recommended that Plaintiff's requests for injunctive relief filed at doc. nos. 9 and 51 be denied. All parties were served and notified that objections to

the Report and Recommendation were to be filed by March 12, 2007. No objections have been filed. After review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 21st day of March, 2007;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Injunction Relief, or and Motion for Temporary Restraining Relief (doc. no. 9) and Brief in support thereof (doc. no. 51) are **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 54) of Magistrate Judge Lenihan, dated February 21, 2007, is adopted as the opinion of the court.

By the Court:

Thomas M. Hardiman
United States District Judge

cc: Lisa Pupo Lenihan
United States Magistrate Judge

David Serrano
EF 4816
SCI Camp Hill
2520 Lisburn Road
PO Box 598
Camp Hill, PA 17001-0598

all counsel of record