In The United States District Court
For The Western District of Pennsylvania

David Serrano,
    Plaintiff,

v.

Louis Folino; Diana Manson;
Thomas Jackson; Dr. Stan Falor;
Jeffrey Beard; Sharon Burks;
Dr. Paul Noel; Harry Wilson;
Linda Harris; Robert Tretinik;
John Doe I; John Doe II;
    Defendants.

Civil Action No. 05-1118

Judge Thomas M. Hardiman
Magistrate Judge Lisa Pupo-Lenihan

**FILED**
MAR 12 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## MOTION FOR RECONSIDERATION PURSUANT TO RULE 60(b) RELIEF FROM ORDER IN THIS PARTICULAR MATTER MISTAKE, OVERSIGHT, OR INADVERTENCE

AND NOW, comes the plaintiff, David Serrano, EF-4816, pro se, who moves this Honorable Court for Reconsideration of the ORDER by Judge Thomas M. Hardiman made on the 23rd of February, 2007, dismissing defendants Folino, Jackson, Beard and Burks, from this civil action.

Plaintiff files a meritorious brief attached herewith explaining the reason why the defendants SHOULD NOT be able to elude this civil action and therefore this motion for Reconsideration should be GRANTED as a matter of law.

(Page 1 of 2)

Date This 5th of March, 2007

Respectfully submitted

*David Serrano*

David Serrano, EF-4816
P.O. Box 200
Camphill, Pa. 17001-0200

AND NOW, THIS 19th DAY OF July 07, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE